**Joel M. HUGHES, Plaintiff–Appellant,**

v.

**Dennis G. CHENAIL; et al.,
Defendants–Appellees,**

and

**James Warren Baird, MD, ADC
Medical Program Manager;
et al., Defendants.**

No. 12–16522.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 14, 2014.

Filed April 2, 2014.

Gerald F. Giordano, Jr., Dorris & Giordano PLC, Tucson, AZ, for Plaintiff–Appellant.

Catherine M. Stewart, Esquire, Assistant Attorney General, Office of the Arizona Attorney General, Tucson, AZ, for Defendants–Appellees.

Before: FISHER and BERZON, Circuit Judges, and QUIST, Senior District Judge.*

MEMORANDUM **

Former Arizona state prisoner Joel Hughes appeals the district court's grant of summary judgment in favor of Drs. Macabuhay and Hegmann in Hughes' action under 42 U.S.C. § 1983 alleging deliberate indifference in the treatment of his Hepatitis B and C. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the district court's grant of summary judgment de novo, *Oswalt v. Resolute Indus., Inc.,* 642 F.3d 856, 859 (9th Cir.2011), and we affirm.

Hughes failed to raise a genuine dispute of material fact as to whether Drs. Macabuhay and Hegmann knew of and disregarded an excessive risk to Hughes' health and safety. *See Toguchi v. Chung,* 391 F.3d 1051, 1057 (9th Cir.2004). At most, the evidence that Hughes presented demonstrates that the failure of Drs. Macabuhay and Hegmann to immediately refer Hughes to a liver specialist amounted to negligence. However, "[m]ere negligence in diagnosing or treating a medical condition, without more, does not violate a prisoner's Eighth Amendment rights." *Id.* (quoting *McGuckin v. Smith,* 974 F.2d 1050, 1059 (9th Cir.1992)) (internal quotation marks omitted). Accordingly, the district court properly granted summary judgment.

**AFFIRMED.**

---

* The Honorable Gordon J. Quist, Senior District Judge for the U.S. District Court for the Western District of Michigan, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.